# EXHIBIT B

{ GEN00001 / 001 / 00007818.DOC /}

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property & Disposition | Amount Realized |
|---|---|
| See Form 1 - Attached | $ 22,800.00 |
| | |
| Unscheduled Property | |
| Post-Petition Interest Deposits | 365.94 |
| | |
| TOTAL RECEIPTS | $23,165.94 |
| | |
| TOTAL SCHEDULED VALUE OF PROPERTY ORDERED ABANDONED | $0.00 |
| | |
| TOTAL SCHEDULED VALUE OF PROPERTY DEEMED ABANDONED | $0.00 |
| | |
| TOTAL SCHEDULED VALUE PROPERTY | $64,700.00 |
| | |
| TOTAL EXEMPTIONS | $0.00 |

{ DUCA / 001 / 00013109.DOC /}

Page: 1

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:          05-32736   ERW   Judge: Eugene R. Wedoff
Case Name:        DUCA AND SON INC
For Period Ending: 03/31/08

Trustee Name:                            Frances Gecker
Date Filed (f) or Converted (c):         08/18/05 (f)
341(a) Meeting Date:                     09/20/05
Claims Bar Date:                         01/06/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 365.94 | Unknown |
| 2. BANK ACCOUNTS | 1,500.00 | 0.00 | | 300.00 | 0.00 |
| 3. SECURITY DEPOSITS  Lanlord kept security deposit pursuant to Order dated 10/6/05. | 13,000.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 5. INVENTORY | 50,000.00 | 0.00 | | 22,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $64,700.00 | $0.00 | | $23,165.94 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is drafting final report.

Initial Projected Date of Final Report (TFR): 12/28/07        Current Projected Date of Final Report (TFR): 02/14/08

/s/   Frances Gecker                          Date: 03/20/08
_____
FRANCES GECKER

LFORM1                                                                                                                                Ver: 12.62a