UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DUCA AND SON INC | ) | Case No. 05-32736-ERW |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

   On: **May 13, 2008** Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $23,165.94 |
| Disbursements | $7,192.65 |
| Net Cash Available for Distribution | $15,973.29 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $3,066.59 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $9,689.00 | $89.51 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $4,913.21 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/a | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | | |

7. Claims of general unsecured creditors totaling $213,375.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.4700%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00002 | Cugini, Inc | $200,000.00 | $2,932.10 |
| 00005 | Orlando Greco & Son Imports | $445.00 | $6.52 |
| 00006 | Com Ed Co | $4,531.90 | $66.44 |
| 00007 | International Exterminator | $110.00 | $1.61[1] |
| 00008 | V Formusa Inc. | $3,243.88 | $47.56 |
| 00009 | Battaglia Distr. Co. | $2,026.19 | $29.71 |
| 00010 | Gordon Food Service | $2,460.62 | $36.07 |
| 00011 | Wisconsin Corp. | $557.69 | $8.18 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

[1] The Trustee will turn over this dividend to the Court.

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **April 4, 2008**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street, 7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60610
(312) 276-1401

**SERVICE LIST**

**DUCA AND SON INC.**
**05 B 32736**

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603

BAE SYSTEMS

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1 User: amcc7 Page 1 of 2 Date Rcvd: Apr 04, 2008
Case: 05-32736 Form ID: pdf002 Total Served: 43

The following entities were served by first class mail on Apr 06, 2008.

db +Duca & Son, Inc, 8331 N Cumberland, Niles, IL 60714-2347
aty +Edward Y. Lau, Law Offices of Edward Y. Lau, 30 N LaSalle Street, Suite 3900, Chicago, IL 60602-3329
aty +Zane L Zielinski, Frank/Gecker LLP, 325 N. LaSalle, Suite 625, Chicago, IL 60610-6465
tr +Frances Gecker, 325 North LaSalle Street, Suite 625, Chicago, IL 60610-6465
9703443 +ARC Disposal, 2101 S. Busse Road, Mt. Prospect, IL 60056-5566
9703442 +Amerigas, Dept. 0140, Palatine, IL 60055-0001
9703444 +Bari Foods, 710 Schneider Dr., South Elgin, IL 60177-1160
9703445 +Battaglia Distr. Co., 2545 S. Ashland Avenue, Chicago, IL 60608-5320
10432154 +Battaglia Distributing Co., Inc., c/o Jason D. Altman, Kluever & Platt, LLC, 65 E. Wacker Place, Suite 1700, Chicago, IL 60601-7248
9703446 +Chicagiland Equipment & Supply, 2627 W. Washington Blvd, Chicago, IL 60612-2029
9703447 +Cintas, 1025 National Parkway, Schaumburg, IL 60173-5620
9703448 Com Ed, Bill Payment Center, Chicago, IL 60107
9703449 +Conagra Foods, 7350 World Communication Drive, Omaha, NE 68122-4041
9703450 +Cugini, Inc., c/o: Mr. John J. Butera, Attorney at Law, 1033 W. Golf Road, Hoffman Estates, IL 60169-1339
9812304 +Cugini,Inc, David W. Clark, Peregine, Stime et al., 221 E Illinois St--- Po Box 564, Wheaton, IL 60189-0564
9703451 +Dutch Farms Inc., 1573 Momentum Place, Chicago, IL 60689-5315
9703452 +Garden Row Foods, 411 Stone Drive, St. Charles, IL 60174-3301
9703453 +Geroulis Buildings, 5110 N. Lincoln, Chicago, IL 60625-2502
9703454 +Global Packaging Inc., 1033 N. Cicero Avenue, Chicago, IL 60651-3202
10480561 +Gordon Food Service, Po Box 2244, Grand Rapids , MI 49501-2244
9703455 +Gordon Food Service, 333 50th St., Grand Rapids, IL 49548-5629
9703456 +Grange Insurance, P.O. Box 740604, Cincinati, OH 45274-0604
9703457 +Hawthorn Mellody, 4135 52nd Place, Chicago, IL 60632-4212
9703458 +IL Department of Revenue, Bankruptcy Section, 100 West Randolph St., Level 7-425, Chicago, IL 60601-3218
9703459 +International Exsterminator, 100 Lively Blvd., Elk Grove, IL 60007-1621
9703460 +Joseph Antagloli & Co., 1800 N. Pulaski Road, Chicago, IL 60639-4916
9703461 +Lipari Foods, 14253 Frazho Road, Warren, MI 48089-1476
9974508 +Lucy Duca, c/o: Edward Lau, 30 N. LaSalle St., Suite 3900, Chicago, IL 60602-3329
9703462 +Mazeo Baking, 7639 W. Belmont Ave., Chicago, IL 60707-1117
9703463 +Merchants Solution, 4422 Roosevelt Road, Hillside, IL 60162-2032
9703464 Michele Baking, 6501 W. Roosevelt Road, Franklin Park, IL 60131
9703466 +Orlando Greco & Son Imports, 191 Tubeway Drive, Carol Stream, IL 60188-2249
9703467 +Perfect Pasta, 31 Fair Bank, Unit A, Addison, IL 60101-3118
9703468 +Racconto, 2000 N. Hawthorne St., Melrose Park, IL 60160-1106
9703469 +Rubinelli Inc., 590 W. Crossroads Parkway, Bolingbrook, IL 60440-3554
9703470 +SBC, Bill Payment Center, Saginaw, MI 48663-0001
9974507 +Salvatore Duca, c/o: Edward Lau, 30 N. LaSalle St., Suite 3900, Chicago, IL 60602-3329
9703471 +Turano Baking, 6501 W. Roosevelt Road, Berwyn, IL 60402-0718
9703472 +V Formusa Inc., 710 W. Grand Avenue, Chicago, IL 60610-3974
9703473 +Village of Streamwood, Water Dep, 301 E. Irving Park Road, Streamwood, IL 60107-3000
9703474 +Wiscon Corp., 1951 N. 15th Avenue, Melrose Park, IL 60160-1429

The following entities were served by electronic transmission on Apr 05, 2008.

10412520 +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com Com Ed Co, Attn: Bankruptcy Section /Revenue Managm, 2100 Swift Drive, Oakbrook, IL 60523-1559
9703465 +E-mail/Text: bankrup@nicor.com Nicor Gas, P.O. Box 310, Aurora, IL 60507-0310

TOTAL: 2

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1 User: amcc7 Page 2 of 2 Date Rcvd: Apr 04, 2008
Case: 05-32736 Form ID: pdf002 Total Served: 43

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2008** **Signature:** Joseph Speetjens