# EXHIBIT B

{ GEN00001 / 001 - 00007818.DOC /}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DUCA AND SON INC | ) | Case No. 05-32736-ERW |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

## PROPOSED DISTRIBUTION REPORT

I, Frances Gecker, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $12,845.10 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $3,130.76 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$15,975.86** |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $17,758.31 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Frances Gecker Trustee Compensation | $3,066.59 | $3,066.59 |
| | Frank/Gecker LLP Attorney for Trustee Fees | $9,689.00 | $9,689.00 |
| | Frank/Gecker LLP Attorney for Trustee Expenses | $89.51 | $89.51 |
| | Alan D. Lasko & Associates Accountant for Trustee Fees | $2,145.53 | $0.00 |
| | Alan D. Lasko & Associates Accountant for Trustee Fees | $2,739.50 | $0.00 |
| | Alan D. Lasko & Associates Accountant for Trustee Expenses | $28.18 | $0.00 |
| | CLASS TOTALS | $17,758.31 | $12,845.10 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

2

{ DUCA / 001 / 00013797.DOC /}

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 213,375.28 | 1.47 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00009 | Battaglia Distr. Co. General Unsecured 726 | $2,026.19 | $29.73 |
| 00006 | Com Ed Co General Unsecured 726 | $4,531.90 | $66.49 |
| 00002 | Cugini,inc General Unsecured 726 | $200,000.00 | $2,934.51 |
| 00010 | Gordon Food Service General Unsecured 726 | $2,460.62 | $36.10 |
| 00007 | International Exsterminator General Unsecured 726 | $110.00 | $1.61[1] |
| 00005 | Orlando Greco & Son Imports General Unsecured 726 | $445.00 | $6.53 |
| 00008 | V Formusa Inc. General Unsecured 726 | $3,243.88 | $47.60 |
| 00011 | Wiscon Corp. General Unsecured 726 | $557.69 | $8.19 |
| | CLASS TOTALS | $213,375.28 | $3,130.76 |

---

[1] The Trustee will turn over this dividend to the Court.

4

{ DUCA / 001 / 00013797.DOC /}

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 00001 | Cugini, Inc<br>David W. Clark<br>Peregine, Stime et al.<br>221 E Illinois St--- Po Box 564<br>Wheaton, IL 60189--- 0564 | 200,000.00 | WITHDRAWN |
| P | 00003 | Salvatore Duca<br>c/o: Edward Lau<br>30 N. LaSalle St., Suite 3900<br>Chicago, IL 60602 | 10,000.00 | DISALLOWED |
| P | 00004 | Lucy Duca<br>c/o: Edward Lau<br>30 N. LaSalle St., Suite 3900<br>Chicago, IL 60602 | 10,000.00 | DISALLOWED |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 5/14/08                                        /s/ Frances Gecker, Chapter 7 Trustee

6

{ DUCA / 001 / 00013797.DOC /}